IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CEPHUS M. MURRELL, et al.           *

        Plaintiffs           *

        vs.                  *   CIVIL ACTION NO. MJG-01-3560

MAYOR & CITY COUNCIL OF             *
  BALTIMORE, et al.
                              *

        Defendants
*   *   *   *   *   *   *   *   *

## MEMORANDUM AND ORDER

The Court has before it Defendants' Motion to Stay and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

A case pending in the Maryland Court of Appeals involves the same parties and the same or similar issues as the instant case. It makes perfect sense to stay the instant case pending decision of the Court of Appeals.

Any arguments as to the precise effect of the decision of the Court of Appeals can, and should, be made in light of the decision itself.

For the foregoing reasons:

    1.   Defendants' Motion to Stay is GRANTED.

    2.   The case shall be administratively closed by separate Order.

    3.   The parties are free to engage in discovery by agreement during the stay.

4.  The case shall be subject to reopening during the pendency of the related case on motion of any party for good cause.

SO ORDERED this 8th day of May, 2002.

                                                          *[signature]*
                                                    Marvin J. Garbis
                                                United States District Judge

2