IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CEPHUS M. MURRELL, et al.      *

      Plaintiffs      *

      vs.      *   CIVIL ACTION NO. MJG-01-3560

MAYOR & CITY COUNCIL OF      *
  BALTIMORE, et al.
                                  *

      Defendants
*   *   *   *   *   *   *   *   *

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE PENDING RELATED PROCEEDINGS

It appears that the parties to this case are presently involved in related proceedings in the Maryland Court of Appeals, that the result of these proceedings may affect, or render unnecessary, further proceedings in this case, and that no purpose would be served by keeping this case on the Court's active docket.

Accordingly:

    1.   This case is STAYED pending the related proceedings.

    2.   The Clerk of the Court shall ADMINISTRATIVELY CLOSE this case for possible reopening pursuant to further Order of this Court upon the application (by December 31, 2003) of any party hereto based upon the resolution of the related proceedings or other good cause.

    3.   The administrative closing of this case shall not affect any rights of the parties in this, or any other, proceeding.

4.  If any party can show that the fact that this case is administratively closed rather than nominally open will have a genuine adverse effect on that party, the Court will consider formally reopening the case to prevent such adverse effect.

5.  The parties may, by agreement, engage in discovery during the period in which this case is administratively closed.

SO ORDERED this 8th day of May, 2002.

_____
Marvin J. Garbis
United States District Judge