# Schulman & Kaufman, LLC
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

_____

Howard J. Schulman                                                                                                    Tel. (410) 576-0400
Joseph S. Kaufman                                                                                 Fax: (410) 576-0544

September 10, 2003

*__Via ECF__*

The Honorable Marvin J. Garbis
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

                RE:    Cephus M. Murrell, *et al.* v.
                         Mayor & City Council of Baltimore, *et al.*
                         Civil Action No.: MJG-01-CV-3560

Dear Judge Garbis:

      Please consider this a status report in the above-captioned case.

      On May 8, 2002, this Court stayed and administratively closed this case pending the decision of the Court of Appeals of Maryland in related matters. On July 30, 2003, the Court of Appeals of Maryland issued an opinion in favor of Mr. Murrell, reversing both the Court of Special Appeals and Circuit Court decisions in the matter. It would appear at this juncture, therefore, that this case should be reopened. It is my suggestion that before active litigation resumes, the case should be referred to a Magistrate Judge for the purpose of settlement discussions. Attached is a copy of the Court of Appeals' opinion.

      Thank you.

                                                 Very truly yours,

                                                 Howard J. Schulman

HJS/hrk