```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

**CEPHUS M. MURRELL, et al.**         *

      Plaintiffs         *

        vs.                 *   CIVIL ACTION NO. MJG-01-3560

**MAYOR & CITY COUNCIL OF**           *
 **BALTIMORE, et al.**
                         *

      Defendants
\*    \*    \*    \*    \*    \*    \*    \*    \*

<u>ORDER</u>

It appears that the related proceedings will likely continue well into 2004. Accordingly, the December 31, 2003 deadline in the Order issued May 8, 2002 is hereby extended to December 31, 2005.

SO ORDERED, on <u>Monday, September 29, 2003</u>.

                                           / s /
                                 Marvin J. Garbis
                        United States District Judge