IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| CEPHUS M. MURRELL, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. MJG-01-CV-3560 |
| MAYOR & CITY COUNCIL OF BALTIMORE, et al. | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \*

## POTTS & CALLAHAN, INC.'S RESPONSE TO
## MOTION TO PLACE CASE ON ACTIVE DOCKET

Potts & Callahan, Inc., Defendant, by its undersigned counsel, in response to Plaintiffs' Motion to Place Case on Active Docket, states:

1.  In response to the Motion to Place on Active Docket, Defendant, Potts & Callahan, Inc., adopts by reference the arguments made by the Co-Defendants in their responsive pleading entitled "Mayor & City Council of Baltimore's Response to Motion to Place Case on Active Docket."

                                                                             s/s
                                          Jeffrey M. Kotz
                                          Kandel, Klitenic, Kotz & Betten, LLP
                                          Nottingham Centre, Suite 610
                                          502 Washington Avenue
                                          Towson, Maryland 21204
                                          (410) 339-7100
                                          Attorneys for Defendant Potts & Callahan, Inc.