# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

_____

Howard J. Schulman                                                                                          Tel. (410) 576-0400
Joseph S. Kaufman                                                                                           Fax: (410) 576-0544

January 16, 2004

<u>*Via ECF*</u>

The Honorable Marvin J. Garbis
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

                RE:    Cephus M. Murrell, *et al*. v.
                          Mayor & City Council of Baltimore, *et al*.
                          Civil Action No.: MJG-01-CV-3560

Dear Judge Garbis:

      In follow up to the Court's Order of January 4, 2004, this is to advise that the Plaintiffs do seek to pursue their federal claims. It is Plaintiffs' position that they desire to pursue their federal constitutional right under the Fifth and Fourteenth Amendments to the United States Constitution, given that what Plaintiff contends is a practice and custom in the City of Baltimore to simply seize and demolish properties without appropriate due process or compensation.

      The statements in ¶ 4 of the Motion to Place Case on Active Docket were not only inartful, but also inaccurate, in the context of the facts of this case. That having been said, however, it is Plaintiffs' position that the Court should reopen the case. It has been nearly six months since the Court of Appeals of Maryland issued its opinion and the City has not bothered to initiate any administrative process with regard to the matter. I have this date made written request to the City Solicitor to provide me with the City's proposed post-deprivation administrative remedies for the destruction of Plaintiffs' properties. A copy is attached.

      Thank you.

                                            Very truly yours,

                                            Howard J. Schulman

HJS/hrk
Enclosure