# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

_____

Howard J. Schulman                                                                      Tel. (410) 576-0400
Joseph S. Kaufman                                                                       Fax: (410) 576-0544

January 16, 2004

Sandra R. Gutman, Esquire
City of Baltimore Department of Law
City Hall
100 Holliday Street
Baltimore, MD 21202

      RE: Cephus M. Murrell, et al. v.
         Mayor & City Council of Baltimore, et al.
         Civil Action No.: MJG-01-CV-3560

Dear Ms. Gutman:

  This is to request that you contact me concerning the scheduling of Mr. Murrell's post-deprivation administrative remedy proceeding concerning the destruction of the four properties: 562, 564 and 566 Gold Street and 2101-03 Pennsylvania Avenue.

  Thank you.

             Very truly yours,


             Howard J. Schulman

HJS/hrk
cc: The Honorable Marvin J. Garbis, via PDF
  Mr. Cephus M. Murrell
  Jeffrey M. Kotz, Esquire

**SCHULMAN & KAUFMAN, LLC**
**Suite 600 - One Charles Center**
**100 N. Charles Street**
**Baltimore, Maryland 21201**

Sandra R. Gutman, Esq.
Chief Solicitor
City of Baltimore Department of Law
101 City Hall
Baltimore, MD 21202

**SCHULMAN & KAUFMAN, LLC**
**Suite 600 - One Charles Center**
**100 N. Charles Street**
**Baltimore, Maryland 21201**

                                            Sandra R. Gutman, Esquire
                                            City of Baltimore Department of Law
                                            City Hall
                                            100 Holliday Street
                                            Baltimore, MD 21202

**SCHULMAN & KAUFMAN, LLC**
**Suite 600 - One Charles Center**
**100 N. Charles Street**
**Baltimore, Maryland 21201**

                                                    Jeffrey M. Kotz, Esq.
                                                    Kandel, Klitenic, Kotz, Betten & Chernow, LLP
                                                    502 Washington Avenue
                                                    Towson, MD 21204-4513