January 23, 2004

The Honorable Marvin J. Garbis
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

   Re: Cephus M. Murrell, et al. v.
    Mayor and City Council of Baltimore, et al.

Dear Judge Garbis:

  I have attached the City's response to the letters dated January 16, 2004, which were sent to Your Honor and to the City by Howard J. Schulman. The Plaintiffs have once again requested that this Court reopen the case, basing its reasons this time on the City's so-called failure to comply with the Court of Appeals' Mandate. In light of the City's logical and reasonable explanation of why the remand has not been acted upon, Plaintiffs are left with no compelling reason as to why the Court should reopen the case before the administrative process has run its course and the case has been fully resolved.

  The City therefore requests that the Court's original Order of September 29, 2003 placing the case on the inactive docket until December 31, 2005 be reinstated before Plaintiffs' claim for damages is reopened.

  Thank you for your consideration and attention.

           Very truly yours,

           Sandra R. Gutman
           Chief Solicitor

SRG/nb
Attachment
cc: Howard J. Schulman, Esquire
  Jeffrey M. Kotz, Esquire