IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| CEPHUS M. MURRELL, *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-01-CV-3560 |
| MAYOR & CITY COUNCIL OF BALTIMORE, *et al.*, | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO EXTEND TIME TO REOPEN UNTIL DECEMBER 31, 2006

Now come the Plaintiffs, Cephus M. Murrell and C. Murrell Business Consultant, Inc., by their attorneys, Howard J. Schulman and Schulman & Kaufman, LLC, and state:

1. By Order entered September 29, 2003 (Paper No. 20), the Court extended its prior order placing this case on an inactive status through December 31, 2005, pending resolution of the certain state proceedings that are discussed by this Court in Paper no. 26.

2. The state court litigation is still continuing. On November 7, 2004, the Circuit Court for Baltimore City reversed a June 17, 2004 decision of the Department of Housing and Community Development of the Mayor and City Council and remanded the case for further administrative proceedings. Meditation is scheduled in the matter for January 23, 2006.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court enter an Order extending the administrative stay pending conclusion of the state court proceedings until on or before December 31, 2006.

        HOWARD J. SCHULMAN
        Schulman & Kaufman, LLC
        One Charles Center, Suite 600
        100 N. Charles Street
        Baltimore, Maryland  21201
        (410) 576-0400
        Attorneys for Plaintiffs