IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

CEPHUS M. MURRELL, *et al.*,                                    *

    Plaintiffs                                                                  *

 v.                                                                                        *

                                                  Civil Action No.:  MJG-01-CV-3560

MAYOR & CITY COUNCIL OF                           *
BALTIMORE, *et al.*,*

    Defendant
                                                                                              *

        *     *     *     *     *     *     *     *     *

ORDER

      The Plaintiffs' Motion to Extend Reopening of this case until December 31, 2006

having been read and considered,  it is, this ____ day of January, 2006, by the United

States District Court for the District of Maryland, Northern Division,

      ORDERED that the Court's Order staying the above-captioned proceedings and

administratively closing the case is hereby extended to on or before December 31, 2006,

subject to Plaintiff's application to reactivate this case; and it is further

      ORDERED that the administrative closing of this case shall not affect any rights

of the respective parties in this, or any other, proceeding.

                                   _____
                                   MARVIN J. GARBIS
                                   UNITED STATES DISTRICT JUDGE