IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CEPHUS M. MURRELL, et al., | * | |
| Plaintiffs | * | |
| vs. | * | Civil Action No.: MJG 01-3560 |
| MAYOR & CITY COUNCIL OF BALTIMORE, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT POTTS & CALLAHAN, INC.'S RESPONSE TO MOTION TO EXTEND TIME TO REOPEN UNTIL DECEMBER 31, 2006

Defendant, Potts & Callahan, Inc., by and through its undersigned counsel, responds to Plaintiffs' Motion to Extend Time to Reopen until December 31, 2006, and states:

1. Defendant, Potts & Callahan, Inc., does not oppose Plaintiffs' Motion to Extend Time to Reopen until December 31, 2006.

/s/
_____
Jeffrey M. Kotz, Federal Bar No.: 03281
Kandel, Klitenic, Kotz & Betten, LLP
Nottingham Centre, Suite 610
502 Washington Avenue
Towson, Maryland 21204
(410) 339-7100
Attorneys for Defendant Potts & Callahan, Inc.