IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

CEPHUS M. MURRELL, et al.,               *

    Plaintiffs

v.                                                                          *

                                       Civil Action No. MJG-01-CV-3560

MAYOR & CITY COUNCIL OF
BALTIMORE, et al.,*

    Defendant

      *     *     *     *     *

## ORDER

The Plaintiffs' Motion to Extend Reopening of this case until December 31, 2006 having been read and considered, it is, this 3rd day of January, 2006, by the United States District Court for the District of Maryland, Northern Division,

ORDERED that the Court's Order staying the above-captioned proceedings and administratively closing the case is hereby extended to on or before December 31, 2006, subject to Plaintiff's application to reactivate this case; and it is further

ORDERED that the administrative closing of this case shall not affect any rights of the respective parties in this, or any other, proceeding

                                                 /s/
                                    MARVIN J. GARBIS
                                    UNITED STATES DISTRICT JUDGE

[FILED stamp: U.S. DISTRICT COURT, DISTRICT OF MARYLAND, 2006 JAN -3 P 4:__, CLERK'S OFFICE AT BALTIMORE, BY _____ DEPUTY]