# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

_____

Howard J. Schulman                                                                                    Tel. (410) 576-0400
Joseph S. Kaufman                                                                                     Fax: (410) 576-0544

October 24, 2006

**VIA ECF**

The Honorable Marvin J. Garbis
United States District Court
   for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

                RE:    Cephus M. Murrell, et al. v.
                        Mayor & City Council of Baltimore, et al.
                        Civil Action No.: MJG-01-CV-3560

Dear Judge Garbis:

      Please consider this a request to reopen this case.

      Plaintiffs alleged both state and federal claims to the effect that the Defendants tore down their working warehouse and three dwelling houses that Plaintiffs were in the process of renovating. Defendants removed the case to this Court.

      On May 8, 2002, this Court stayed and administratively closed this case pending the decision of the Court of Appeals of Maryland in related matters. Thereafter, the Court continued the stay pending the decision of the Court of Appeals of Maryland and subsequent administrative proceedings, which necessarily involved further circuit court proceedings. On July 30, 2003, the Court of Appeals of Maryland issued an opinion in favor of Mr. Murrell, reversing both the Court of Special Appeals and Circuit Court decisions in the matter. The Court of Appeals, in its decision, concluded that Mr. Murrell's properties were razed without benefit of the procedures mandated by the Baltimore City Code. *Murrell v. Mayor & City Council of Baltimore*, 376 Md. 170, 199 (2003). On November 17, 2004, the Circuit Court for Baltimore City reversed a June 17, 2004 decision of Department of Housing and Community Development of the Mayor and City Council of Baltimore. By a June 30, 2006 administrative opinion and order, a hearing officer of the Department of Housing and Community Development found in favor of Mr. Murrell and directed the Department to remove the liens placed upon Mr. Murrell's properties. The City did not take an appeal, thus finally concluding the administrative proceedings related to this matter.

The Honorable Marvin J. Garbis

      Despite ongoing settlement discussions and mediation with retired Circuit Court Judge Hilary D. Caplan, the parties were unable to reach a settlement, based on differing views as to damages.

      Thank you.

                                  Very truly yours,

                                  Howard J. Schulman

HJS/jra
cc:     Mr. Cephus Murrell