```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

CEPHUS M. MURRELL, et al.       *

          Plaintiffs            *

          vs.                   *    CIVIL ACTION NO. MJG-01-3560

MAYOR & CITY COUNCIL OF         *
  BALTIMORE, et al.
                                *
          Defendants
*     *     *     *     *     *     *     *     *
```

ORDER

In accordance with the conference with counsel held in this matter on this date:

    1.    The Plaintiffs and the City agree that, by virtue of the determinations in the related proceedings, the City is liable to Plaintiff for compensatory damages for the razing of the properties at issue.

        a.    There is no agreement with respect to Plaintiffs' punitive damages claims.

        b.    There is no agreement as to liability by any Defendant other than the City.

        c.    By November 17, 2006, Plaintiffs shall state whether they intend to pursue punitive damages claims and/or claims against any individual Defendants.

    2.    It appears that a critical issue in the case relates to the method for computing the compensatory damages to be awarded herein.

        a.    The parties should, as early in the proceeding as feasible, seek to present the issue for resolution.

        b.    For example, by means of a motion for partial summary judgment or a motion in limine.

3. Discovery shall be completed by March 2, 2007.

4. By separate Order, the Court shall refer this case to a Magistrate Judge not otherwise involved in this case to conduct confidential Alternate Dispute Resolution proceedings.

    a. Except as agreed by the parties, statements made in settlement proceedings shall be maintained in confidence by the Magistrate Judge.

    b. The Court shall be kept aware of the status of settlement negotiations and the prognosis for a settlement, but in terms which do not disclose the positions of the parties.

5. By April 1, 2007 any summary judgment motions shall be filed.

6. If no timely summary judgment motion is filed, counsel for Plaintiffs shall arrange a telephone conference to schedule further proceedings by April 8, 2007.

SO ORDERED, on <u>Wednesday, November 1, 2006</u>.

___/ s /___
Marvin J. Garbis
United States District Judge

2