# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

November 17, 2006

**VIA ECF**

The Honorable Marvin J. Garbis
United States District Court
   for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

         RE:   Cephus M. Murrell, et al. v.
                 Mayor & City Council of Baltimore, et al.
                 Civil Action No.: MJG-01-CV-3560

Dear Judge Garbis:

      The Court's November 1, 2006 Order required Plaintiffs to state whether Plaintiffs intend to pursue punitive damages against any of the individual Defendants by today's date. We are still in the process of examining this issue. The purpose of this letter is to request a brief extension of this time until Wednesday, November 22, 2006.

      Thank you.

                                              Very truly yours,

                                              Howard J. Schulman

SO ORDERED, on <u>Friday, November 17, 2006</u>.

                              _____/s/_____
HJS/dpd                     Marvin J. Garbis
cc:   Mr. Cephus Murrell   United States District Judge