# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

---

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

November 22, 2006

**VIA ECF**

The Honorable Marvin J. Garbis
United States District Court
   for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

               RE:    Cephus M. Murrell, et al. v.
                           Mayor & City Council of Baltimore, et al.
                           Civil Action No.: MJG-01-CV-3560

Dear Judge Garbis:

      The Court's November 1, 2006 Order, as amended, required Plaintiffs to state whether Plaintiffs intend to pursue punitive damages against any of the individual Defendants by today.

      From the November 1, 2006 telephone conference involving the Court and counsel for the parties, Plaintiffs understand that the Defendant Mayor and City Council of Baltimore concedes liability and financial responsibility for Plaintiffs' §1983 and state law tort claims, although the amount of damages remains in dispute. Conditioned on this concession of liability and financial responsibility by the Defendant Mayor and City Council, Plaintiffs will not be pursuing punitive damage claims.

      My suggestion is that the Mayor and City Council amend its answer to the complaint to reflect this concession of liability and financial responsibility and, in turn, Plaintiffs will amend their complaint to eliminate the claims for punitive damages.

      Thank you.

                                                     Very truly yours,

                                                     Howard J. Schulman

HJS/jra
cc:    Mr. Cephus Murrell