**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| CEPHUS M. MURRELL, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-3560 |
| MAYOR & CITY COUNCIL OF BALTIMORE, *et al.*, | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearance of David E. Ralph on behalf of the Mayor and City Council of Baltimore, Daniel P. Henson, III, Sean S. Karimian and Dennis T. Taylor.

　　　　　　　　　　　　　　　　　　　　//s//
　　　　　　　　　　　　　　　　　　David E. Ralph, Bar No. 23500
　　　　　　　　　　　　　　　　　　100 N. Holliday Street
　　　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　　　Phone (410) 396-3933
　　　　　　　　　　　　　　　　　　Fax (410) 547-0834
　　　　　　　　　　　　　　　　　　Attorneys for Defendants, the City,
　　　　　　　　　　　　　　　　　　Daniel P. Henson, III, Sean S. Karimian, and
　　　　　　　　　　　　　　　　　　Dennis T. Taylor