UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| CEPHUS M. MURRELL, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. MJG 01-3560 |
| MAYOR & CITY COUNCIL OF BALTIMORE, *et al.*, | * |
| | * |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE TO STRIKE APPEARANCE OF COUNSEL

Please strike the appearance of Michael G. Raimondi as counsel for the Mayor and City Council of Baltimore, Daniel P. Henson, III, Sean S. Karimian and Dennis T. Taylor.

　　　　　　　　　　　　　　　　　　　　//s//
　　　　　　　　　　　　　　　　　　Sandra R. Gutman, Bar No. 03984
　　　　　　　　　　　　　　　　　　Adam S. Levine, Bar No., Bar No. 24888
　　　　　　　　　　　　　　　　　　David E. Ralph, Bar No. 23500
　　　　　　　　　　　　　　　　　　100 N. Holliday Street
　　　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　　　Phone (410) 396-3933
　　　　　　　　　　　　　　　　　　Fax (410) 547-0834
　　　　　　　　　　　　　　　　　　Attorneys for Defendants, the City,
　　　　　　　　　　　　　　　　　　Daniel P. Henson, III, Sean S. Karimian, and
　　　　　　　　　　　　　　　　　　Dennis T. Taylor