

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

**Chambers of**
**Hon. Marvin J. Garbis**
**United States District Judge**
410-962-7700

November 27, 2006

TO ALL COUNSEL OF RECORD

    Re: <u>Murrell v. Baltimore City, MJG-01-3560</u>

Dear Sir/Madam:

    I have Mr. Schulman's letter of November 22 and also note that there will be a settlement conference with Magistrate Judge Grimm on February 23, 2007.

    There is no need for any amendment of pleadings. If the City concedes liability for compensatory damages and Plaintiff agrees not to pursue punitive damages, I will dismiss the punitive damages claim and will grant Plaintiff partial summary judgment on liability. The case will then proceed on damages issues only.

    Under the circumstances, if the case is not settled by March 5, 2007:

1. The City shall advise if it concedes liability for compensatory damages.

2. Plaintiff shall advise if, based on the City's concession, he will not pursue punitive damages.

    I will issue a Scheduling Order based upon the parties' respective positions.

    Although informal, this letter constitutes an Order of this Court.

    Yours truly,

    / s /
    Marvin J. Garbis
    United States District Judge

cc: Clerk of Court