November 28, 2006

The Honorable Magistrate Judge Paul W. Grimm
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re: *Cephus M. Murrell, et al. v. Mayor and City Council of Baltimore, et al.*
          Civil Action No.: MJG-01-CV-3560

Dear Magistrate Judge Grimm:

    On November 20, 2006, the Court scheduled a settlement conference in the above-referenced case for Friday, February 23, 2007 at 10 a.m. Unfortunately, Sandra R. Gutman, one of the City's attorneys, will be out of town on that date. All counsel have been notified and are not opposed to a brief postponement of the settlement conference. With the Court's agreement and if it does not inconvenience the Court, counsel have agreed to and hereby request that the settlement conference be rescheduled for Wednesday, February 28, 2007.

Thank you for consideration of this request.

                                    Very truly yours,

                                          //s//
                                    Sandra R. Gutman
                                    Chief Solicitor

cc: Hon. Marvin J. Garbis
    Howard J. Schulman, Esquire