

CITY OF BALTIMORE

MARTIN O'MALLEY, Mayor

DEPARTMENT OF LAW

RALPH S. TYLER, City Solicitor
101 City Hall
Baltimore, Maryland 21202

November 29, 2006

The Honorable Magistrate Judge Paul W. Grimm
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:  *Cephus M. Murrell, et al. v. Mayor and City Council of Baltimore, et al.*
           Civil Action No.: MJG-01-CV-3560

Dear Magistrate Judge Grimm:

      By a letter dated November 20, 2006, the Court scheduled a settlement conference in the above-referenced case for Friday, February 23, 2007 at 10 a.m. Unfortunately, I will be out of town on that date. All counsel have been notified and are not opposed to a brief postponement of the settlement conference. I initially advised the Court on Wednesday, November 28, 2006, of this problem and suggested that the settlement conference be scheduled for February 28, 2007. Today, I spoke to your office and was advised that you would prefer that the settlement conference be held on Tuesday, November 27, 2007. All counsel are available and in agreement with that date.

      I have also been advised by your office that the <u>ex parte</u> letter from each party noted in your letter of November 20, 2006, will now be due no later than Tuesday, February 13, 2007.

      Thank you for your consideration of this request.

                                            Very truly yours,

                                            //s//
                                          Sandra R. Gutman
                                          Chief Solicitor

cc: Jeffrey M. Kotz, Esquire
    Howard J. Schulman, Esquire
    Adam S. Levine, Esquire
    David E. Ralph, Esquire