UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| CEPHUS M. MURRELL, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJG 01-3560 |
| MAYOR & CITY COUNCIL OF BALTIMORE, *et al.*, | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearance of Adam S. Levine, Assistant City Solicitor, on behalf of the Mayor and City Council of Baltimore, Daniel P. Henson, III, Sean S. Karimian and Dennis T. Taylor.

                                                                //s//
                                    Adam S. Levine
                                    Bar No. 24888
                                    Assistant City Solicitor
                                    100 N. Holliday Street
                                    Baltimore, MD 21202
                                    Phone (410) 396-3933
                                    Fax (410) 547-0834
                                    Attorneys for Defendants, the City,
                                    Daniel P. Henson, III, Sean S. Karimian, and
                                    Dennis T. Taylor