IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| CEPHUS M. MURRELL, *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.:  MJG-01-CV-3560 |
| MAYOR & CITY COUNCIL OF BALTIMORE, *et al.*, | * | |
| Defendant | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

Please enter my appearance as additional counsel for Plaintiffs, Cephus M. Murrell and C. Murrell Business Consultant, Inc., in the above-captioned case.  Mr. Schulman remains lead counsel.

_____/s/_____
DANIEL P. DOTY (Bar No. 28247)
Schulman & Kaufman, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201
(410) 576-0400
Attorneys for Plaintiff