IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| CEPHUS M. MURRELL, *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.:  MJG-01-CV-3560 |
| MAYOR & CITY COUNCIL OF BALTIMORE, *et al.*, | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \*

### REVISED SCHEDULING ORDER

Upon consideration of the request to modify the scheduling order, and the Court having determined that good cause has been shown to modify the Scheduling Order, it is, therefore, this _____ day of February, 2007, hereby ordered that the Scheduling Order previously filed herein, shall be modified to reflect the following deadlines:

| | |
|---|---|
| Discovery deadline: | April 17, 2007 |
| Summary judgment motions to be filed by: | May 16, 2007 |

In the event no summary judgment motions are filed, a telephone conference is to be scheduled by:   May 23, 2007

The earlier Scheduling Order shall otherwise remain in full force and effect.

_____
Marvin J. Garbis
United States District Judge