**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

April 24, 2007

RE: *Murrell, et al. v. Mayor and City Counsel of Baltimore, et al.*
    MJG-01-3560

## MEMORANDUM FOR COUNSEL

Dear Counsel:

    As agreed during yesterday's telephone conference, Mr. Eugene Frahm will serve as a neutral appraiser who will assist the parties and the Court during the mediation of this case. His fees and expenses will be shared equally between the parties. On or before May 25, 2007, counsel will submit to Mr. Frahm any information that they wish him to review in conjunction with this mediation. A telephone scheduling conference, in which Mr. Frahm will participate, will be held during the week of May 28, 2007. I ask that Plaintiffs' counsel, Mr. Shulman, please coordinate this conference call with my chambers, counsel for the defendant, and Mr. Frahm.

                                          Very Truly Yours,

                                          /S/
                                      Paul W. Grimm
                                      United States Magistrate Judge