# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

\_\_\_\_\_

Howard J. Schulman      Tel. (410) 576-0400
Joseph S. Kaufman      Fax: (410) 576-0544
-----
Daniel P. Doty      www.schulmankaufman.com

May 1, 2007

The Honorable Paul W. Grimm
United States District Court
   for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

        RE:   Cephus M. Murrell, et al. v.
                  Mayor & City Council of Baltimore, et al.
                  Civil Action No.: MJG-01-CV-3560

Dear Judge Grimm:

      This is to inform the Court that Plaintiffs and the City have retained Richard B. Watts, MAI, Metzbower, Watts & Hulting, LC, 5501 Twin Knolls Road, Suite 112, Columbia, Maryland 21045 to serve as the neutral appraiser. Mr. Watts' resume is attached. We were unable to retain the services of Mr. Eugene Frahm, the neutral appraiser upon whom we had previously agreed.

      Thank you.

                                   Very truly yours,

                                   /s/
                                   Daniel P. Doty

cc:   Mr. Cephus Murrell; Adam Levine, Esq. (via ECF)
enclosure

# RICHARD B. WATTS, MAI
Principal

*Education*

**Dartmouth College, Hanover, NH**
Cum Laude graduate, BA in International Relations

**American University, Washington, D.C.**
Successfully completed or challenged the following Appraisal Institute Courses:
Appraisal Principles
Appraisal Procedures
Capitalization Theory and Techniques Parts A and B
Advanced Case Studies
Standards of Professional Practice
Report Writing
Comprehensive Appraisal Review

In addition, Mr. Watts has completed numerous seminars in the areas of subdivision analysis, environmentally impaired real estate, USPAP and FIRREA, highest and best use analysis, and market feasibility. The Appraisal Institute conducts a program of continuing education for its designated members. Mr. Watts has completed the requirements of this program.

*Professional Memberships and Licenses*

Designated Member of the Appraisal Institute (MAI) #10203
Certified General Appraiser in the following states:
Maryland # 04-1608
Virginia # 4001-001962
District of Columbia # GA-00010189
Delaware # X10000186

*Professional Experience*

After serving in the U.S. Peace Corps in North Africa, Mr. Watts began his career in real estate as a Realtor and residential appraiser in 1985. In 1988, he joined a large national firm in Washington, D.C. where he began to specialize in the appraisal of complex commercial properties. Prior to forming Metzbower, Watts & Hulting in 1994, Mr. Watts was Vice President of a regional appraisal and consulting firm in Baltimore, focusing on the appraisal of properties in the Mid-Atlantic region. Property types appraised by Mr. Watts include retail centers ranging from neighborhood strip centers to regional malls, mixed use subdivisions, apartment complexes, CBD and suburban office buildings, industrial parks, hotels/motels, and residential subdivisions. His geographic experience extends from Los Angeles, California to Washington, D.C. He has been qualified as an expert witness in the Circuit Courts of Baltimore City and Howard County, Federal Bankruptcy Court in Greenbelt, MD, and before Property Tax Appeal Boards throughout Maryland, Virginia, and in the District of Columbia.