UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 SEP 10 P 3: 16
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | | |
|---|---|---|
| CEPHUS M. MURRELL, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. MJG 01-3560 |
| MAYOR & CITY COUNCIL OF BALTIMORE, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, pursuant to Fed. R. Civ. P. 41, stipulate to the dismissal with prejudice of all claims that have been filed against any of the parties in this case.

_____/s/_____
Sandra R. Gutman, Chief Solicitor
Adam S. Levine, Assistant City Solicitor
Baltimore City Law Department
100 N. Holiday Street
Baltimore, MD 21202
(410) 396-3933

Attorneys for Defendants,
Mayor & City Council of Baltimore,
Dept. of Housing and Community
Development of Baltimore City,
Sean S. Karimian, Dennis T. Taylor,
and Daniel P. Henson, III

_____/s/_____
Howard J. Schulman, Esq.
Daniel T. Doty, Esq.
Schulman & Kaufman, LLC
One Charles Center
100 N. Charles Street, Suite 100
Baltimore, MD 21202
410-576-0400

Attorneys for Plaintiffs,
Cephus M. Murrell and
C. Murrell Business Consultant, Inc.

_____/s/_____
Jeffrey M. Kotz, Esq.
Kandel, Klitenic, Kotz & Betten, LLP
502 Washington Avenue, Suite 610
Towson, Maryland 21204
(410) 339-7100

Attorneys for Defendant,
Potts & Callahan, Inc.

SO ORDERED, on Friday, September 7, 2007

_____/s/_____
Marvin J. Garbis
United States District Judge